FILED / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD
MAR 04 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: RTMG DEPUTY

David Boruchowitz
P.O. Box 1366
Pahrump, Nevada 89048
Email: dboruchowitz@fltg.net
Tel: (775) 513-7771
Pro-Se

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

DAVID BORUCHOWITZ, AN INDIVIDUAL,

Plaintiff,

vs.

LINCOLN FINANCIAL GROUP, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, A BUSINESS

Defendant

Case No.: ______________

**COMPLAINT FOR WRONGFUL DENIAL OF BENEFITS UNDER ERISA §502(a)(1)(B)**

Pursuant to Federal Rule of Civil Procedure 8, Plaintiff, David Boruchowitz in his individual capacity, hereby allege the following in support of this Complaint:

**I.**

**JURISDICTION AND VENUE**

1. This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001 et seq.
2. Jurisdiction is proper pursuant to 29 U.S.C. §1132(e) and 28 U.S.C. §1331 because this case presents a federal question.

3. Venue is proper in the District of Nevada under 29 U.S.C. §1132(e)(2) because the plan is administered in Nevada, the denial occurred in Nevada, and Plaintiff resides in Nevada.

## II.

## PARTIES

4. Plaintiff David Boruchowitz is a resident of Nye County, Nevada, and a participant in his employer's disability insurance plan.
5. Defendant Lincoln Financial Group is an insurance company authorized to do business in Nevada and administered the disability insurance plan at issue.

## III.

## FACTS

6. Plaintiff was a covered participant under his employer's disability insurance plan.
7. Plaintiff submitted a claim for disability benefits on or about October 12th, 2023.
8. Defendant approved claim and paid benefits from October 8th, 2023 to October 8th, 2025.
9. Defendant then noticed Plaintiff of the termination of benefits October 8th, 2025.

10. Plaintiff appealed Defendant's decision on or about May 19th, 2025.

11. Defendant denied Plaintiff's appeal on or about August 7th 2025, asserting that they found Defendant no longer Totally Disabled under the terms of the policy.

12. Plaintiff appealed Defendant's decision on or about August 26th, 2025.

13. Defendant denied Plaintiff's final appeal on or about November 4th, 2025.

14. Plaintiff timely pursued and exhausted all administrative remedies and appeals required under ERISA.

15. Defendant's denial of benefits was wrongful, unreasonable, and contrary to the terms of the plan.

## IV.

## CLAIMS FOR RELIEF

### COUNT I – WRONGFUL DENIAL OF BENEFITS (ERISA §502(A)(1)(B))

16. Plaintiff is entitled to disability benefits under the plan.

17. Defendant's denial of benefits violated ERISA and the terms of the plan.

18. Plaintiff seeks enforcement of his rights under the plan and recovery of benefits due.

## V.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Award disability benefits owed under the plan;

B. Order Defendant to continue paying benefits as long as Plaintiff remains disabled under the plan terms;

C. Award attorney's fees and costs pursuant to 29 U.S.C. §1132(g);

D. Award prejudgment interest on unpaid benefits;

E. Grant such other relief as the Court deems just and proper.

Dated this 28th of February, 2026.

Respectfully submitted

David Boruchowitz

Pro Se