AO 440 (Rev. 06/12) Summons in a Civil Action

FILED  
ENTERED  
RECEIVED  
SERVED ON  
COUNSEL/PARTIES OF RECORD  
MAR 04 2026  
CLERK US DISTRICT COURT  
DISTRICT OF NEVADA  
BY: ______ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Nevada

David Boruchowitz

*Plaintiff(s)*

v.

Lincoln Financial Group

*Defendant(s)*

Civil Action No. 2:26-cv-00604-APG-BNW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lincoln Financial Group c/o  
CSC - Lawyers Incorporating Service  
2215-B Renaissance Drive  
Las Vegas, NV 89119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David Boruchowitz  
201 Lupin Street  
Pahrump, NV 89048  
Email: dboruchowitz@fltg.net  
Phone: (775) 513 7771

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/4/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED ENTERED COUNSEL/PA
MAR 04 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Nevada

David Boruchowitz

*Plaintiff(s)*

v.

The Lincoln National Life Insurance Company

*Defendant(s)*

Civil Action No. 2:26-cv-00604-APG-BNW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Lincoln National Life Insurance Company c/o
CSC - Lawyers Incorporating Service
2215-B Renaissance Drive
Las Vegas, NV 89119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David Boruchowitz
201 Lupin Street
Pahrump, NV 89048
Email: dboruchowitz@fltg.net
Phone: (775) 513 7771

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Date: 3/4/2026