Generated: Mar 4, 2026 4:05PM



# U.S. District Court

## Nevada None - Las Vegas

**THIS IS A COPY**

Receipt Date: Mar 4, 2026 3:23PM

David Boruchowitz

Rcpt. No: 200018786 Trans. Date: Mar 4, 2026 3:23PM Cashier ID: #JG (6898)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #5008 | 03/4/2026 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |

**Comments**: 2:26-cv-00604-APG-BNW

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

✓ FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
MAR 04 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
04
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY