David Boruchowitz
P.O. Box 1366
Pahrump, Nevada 89048
Email: dboruchowitz@fltg.net
Tel: (775) 513-7771
Pro-Se

FILED ENTERED RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD
MAR 04 2026
CLERK US DISTRICT COURT DISTRICT OF NEVADA
BY: DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| David Boruchowitz, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FINANCIAL GROUP, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, A BUSINESS<br><br>Defendant | Case No.: 2:26-cv-00604-APG-BNW<br><br>**MOTION FOR LEAVE TO FILE ELECTRONICALLY** |

Plaintiff David Boruchowitz, appearing pro se, respectfully moves this Court for permission to file documents electronically in the Court's CM/ECF system pursuant to Local Rule IC 2-1(b).

Plaintiff states the following in support of this motion:

1. Plaintiff has regular access to a computer with internet capability.
2. Plaintiff has the ability to create and convert documents into PDF format.
3. Plaintiff has a valid email address and will maintain it for the duration of this case.
4. Plaintiff is able to receive electronic notifications and documents through the CM/ECF system.
5. Electronic filing will promote efficiency, reduce delays associated with mail service, and assist in the timely management of this case.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and authorize Plaintiff to file, receive notices, and receive service of documents electronically through the CM/ECF system.

DATED: February 28th 2026.

Respectfully submitted,

David Boruchowitz
Pro Se Plaintiff

**IT IS SO ORDERED**

**DATED:** 4:55 pm, March 05, 2026

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**