✓ FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
APR 0 1 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ______ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**CONSENT FOR ELECTRONIC SERVICE OF DOCUMENTS**

I, David Boruchowitz, am representing myself and
(Print Full Name)
consent to receive electronic notices of filings and/or delivery of documents by email.

I am providing my email address for the purpose of sending me electronic notice of any Order or other filing in my case with a link to the filed document. I understand that hard (paper) copies of orders will no longer be sent to me by the Court.

I understand that if my email or mailing address changes, it is my responsibility to notify the Court in writing of my new email or mailing address.

I understand that email filters (SPAM filters) may interfere with my receipt of email notifications and I will ensure that my email will not filter out messages from **cmecf@nvd.uscourts.gov**.

I have already registered *or* will immediately register for a PACER account (Public Access to Court Electronic Records).

I understand that consenting to service by email does not authorize me to file my documents electronically. I may request the court's authorization to register as an electronic filer by filing a separate written motion request (LR IC 2-1(b)).

Date: 03/25/2026

Signature

Email Address (Please print legibly):
dboruchowitz@fltg.net

Confirm Email Address:
dboruchowitz@fltg.net

Mailing Address:
201 Lupin Street, Pahrump, Nevada 89048

Telephone Number:
7755137771

Case Number(s):
2:26-cv-00604-APG-BNW