Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID BORUCHOWITZ,

Plaintiff,

v.

LINCON FINANCIAL GROUP, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendants.

Case No. 2:26-cv-00604

**NOTICE OF APPEARANCE**

Georlen Spangler hereby enters an appearance as additional counsel on behalf of Defendants, Lincoln Financial Group and The Lincoln National Life Insurance Company.

Dated this 26th day of May 2026.

LAW OFFICE OF GEORLEN K. SPANGLER

By: *__/s/ Georlen Spangler__*
Georlen Spangler
Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

Pursuant to Special Order #109, the following individual or counsel of record registered for the CM/ECF system have been served with the foregoing **NOTICE OF APPEARANCE** by electronic means:

David Boruchowitz
dboruchowitz@fltg.net
*Plaintiff, Pro Se*

Dated this 26th day of May 2026.

/s/ *Georlen K. Spangler*
Georlen K. Spangler