Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

**Admitted *Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID BORUCHOWITZ,<br><br>Plaintiff,<br><br>v.<br><br>LINCON FINANCIAL GROUP, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:26-cv-00604<br><br>**DEFENDANT'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES** |

Defendant The Lincoln National Life Insurance Company files this Disclosure Statement and Certificate of Interested Persons pursuant to FRCP 7.1 and Local Rule 7.1-1 and shows the Court as follows:

**<u>DISCLOSURE STATEMENT</u>**

1. The Lincoln National Life Insurance Company is a wholly owned subsidiary of the Lincoln National Corporation, a publicly held corporation.

2. There is no entity named "Lincoln Financial Group" as that is the marketing name for Lincoln National Corporation and its affiliates.

**CERTIFICATE OF INTERESTED PERSONS**

The undersigned attorney of record for Defendant certifies that the following may have a direct, pecuniary interest in the outcome of this case:

1. Lincoln National Corporation
2. The Lincoln National Life Insurance Company
3. David Boruchowitz

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated this 26th day of May 2026.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
**Admitted *Pro Hac Vice***
17304 Preston Rd, Suite 800
Dallas, Texas 75252

**- And -**

LAW OFFICE OF GEORLEN K. SPANGLER

By: /s/ Georlen Spangler
Georlen Spangler, Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

Pursuant to Special Order #109, the following individual or counsel of record registered for the CM/ECF system have been served with the foregoing **DEFENDANTS' DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES** by electronic means:

David Boruchowitz
dboruchowitz@fltg.net
*Plaintiff, Pro Se*

Dated this 26th day of May 2026.

/s/ *Iwana Rademaekers*
Iwana Rademaekers