Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

***Admitted Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID BORUCHOWITZ,

Plaintiff,

v.

LINCOLN FINANCIAL GROUP, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendants.

Case No. 2:26-cv-00604

**JOINT SUBMISSION OF ADMINISTRATIVE RECORD**

Plaintiff, David Boruchowitz (hereinafter “Plaintiff”) and Defendants Lincoln Financial Group and The Lincoln National Life Insurance Company (hereinafter “Defendants”) submit this Joint Submission of Administrative Record. The Parties do not agree on all of the items to be included in the administrative record. Accordingly, and pursuant to the Order entered on June 6, 2026, Adopting the Joint Discovery Plan and Scheduling Order, Plaintiff and Defendants submit those portions on which they do agree. Subject to the resolution of any motion to supplement or

omit documents from the administrative record, or any motion for discovery beyond the administrative record, that Plaintiff may file on or before October 2, 2026, the Parties hereby stipulate to the authenticity and admission into evidence for all purposes in this action of Exhibits 1-3 that are listed below and attached hereto. The exhibit pages have been consecutively numbered for reference.

1. Group Disability Income Policy and Certificate (Lincoln/Boruchowitz 0001-0096);

2. November 4, 2025, correspondence containing decision on appeal (Lincoln/Boruchowitz 0212-0217); and

3. The Administrative Record (Lincoln/Boruchowitz 0097-0211, 0218-0580, 0582-0771, and 0798-1221).

4. Documents in dispute: Lincoln/Boruchowitz 0581 and 0772-0797 (Plaintiff does not stipulate to these documents as being part of the Administrative Record).

DATED this 4th day of September 2026.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

/s/ David Boruchowitz
David Boruchowitz
201 Lupin Street
Pahrump, Nevada 89048
Phone: 775-513-7771
Email: dboruchowitz@fltg.net
*Plaintiff, Pro Se*

/s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
***Admitted Pro Hac Vice***
17304 Preston Rd, Suite 800
Dallas, Texas 75252

Georlen Spangler, Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128

*Attorneys for Defendant*