Action Items: None specified.

**INVESTIGATIONS**
02/14/2024 **-** Surveillance Report:
Purpose: To gather information about claimant David Boruchowitz
Findings: Social media background check identified multiple accounts across platforms including Facebook, Instagram, Twitter, YouTube, LinkedIn, TikTok, and others. Information about claimant's employment as Police Captain at Nye County was preserved. Report documented that claimant has been placed on administrative leave following federal indictment on charges of wire fraud, perjury, and civil rights violations. Multiple news articles were collected showing claimant's involvement in legal proceedings, including a wrongful death lawsuit and federal criminal charges. Background check revealed no criminal records, traffic infractions, civil cases, liens, or foreclosures. Current vehicle information shows ownership of a 2020 COTC utility vehicle and 2023 Honda Civic. Property records and business affiliations identified.
Conclusions: Claimant is currently on administrative leave from his position as Police Captain at Nye County Sheriff's Office pending legal proceedings. Claimant has multiple social media accounts and business affiliations including Breatheasy Properties LLC where he is listed as Managing Member.

**SCRIPT SUMMARY**

03/18/2025 **-** Pharmacy Information:
Prescription Overview:
Date Range: 2012 to present
Total Prescriptions: Not specified

Key Medications:
Not specified

Primary Providers:
Not specified

Pharmacies:
Smith's Pharmacy, 601 Highway 160, Pahrump, NV 89048

Compliance Indicators:
Not specified

**QUESTIONS AND ANSWERS**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Thoracolumbar musculoligamentous strain – S29.012A
Facet joint pain (lumbar) – M53.82
Discogenic lumbar pain – M51.36
Rib cage sprain/strain – S29.011A



EXHIBIT

**4**

CLAIMS BUREAU USA, INC.
PO Box 2936, Woburn, MA 01888 • 800-651-0460

## Background Data

| | | | |
|---|---|---|---|
| **0** Acct | **0** Acct | **0** Acct | **0** Acct |
| **0** Acct | **0** Acct | **1** Acct | **1** Acct |
| **0** Acct | **0** Acct | **0** Acct | **1** Acct |
| **1** Acct | **0** Acct | **1** Acct | **0** Acct |
| **0** Acct | **0** Acct | **1** Acct | |

CLAIMS BUREAU USA, INC.
PO Box 2936, Woburn, MA 01888 • 800-651-0460

## TABLE OF CONTENTS

**Section 1 - Residential and Relations**

› Residential ..... 2

› Relationships ..... 2

**Section 2 - Report Highlights**

› Report Highlights ..... 3

› Report Highlights Media ..... 3

**Section 3 - Social Media**

› Social Media Overview ..... 26

**Section 4 - Background Data**

› Background Data ..... 29

CLAIMS BUREAU USA, INC.
PO Box 2936, Woburn, MA 01888 • 800-651-0460

## SECTION 1 - RESIDENTIAL

**Address**

N/A, N/A N/A





## SECTION 1 - RELATIONSHIPS



- **Stephanie Boruchowitz**
- Spouse
  https://www.facebook.com/stephaniewallace.boruchowitz

CLAIMS BUREAU USA, INC.
PO Box 2936, Woburn, MA 01888 • 800-651-0460

## SECTION 2 - REPORT HIGHLIGHTS

A social media background check was performed on David Boruchowitz and accounts were identified. Information about the subject's employment was preserved. No other significant information was found during our analysis. Please see below for details.

## SECTION 2 - REPORT HIGHLIGHTS MEDIA

CLAIMS BUREAU USA, INC.
PO Box 2936, Woburn, MA 01888 • 800-651-0460

LAS VEGAS REVIEW-JOURNAL
RJESPAÑOL VIEW E-EDITION SUBSCRIBE SIGN IN
41°F NEWS LOCAL SPORTS BUSINESS OPINION CRIME ENTERTAINMENT INVESTIGATIONS AUTOS OBITS

Home >> Investigations

# Controversial Nye County captain placed on administrative leave



Nye County Sheriff's Office Capt. David Boruchowitz, shown at a conference with then-Sheriff Sharon Wehrly, was placed on administrative leave Thursday, Sheriff Joe McGill confirmed. (Erik Verduzco/Las Vegas Review-Journal)

GO

View Source

Home >> News

# Nye County sheriff's captain named in wrongful death lawsuit

CLAIMS BUREAU USA, INC.

PO Box 2936, Woburn, MA 01888 • 800-651-0460



Nye County Sheriff's Office Capt. David Boruchowitz walks out of the Lloyd George U.S. Courthouse in downtown Las Vegas after appearing in court on Friday, Aug. 18, 2023. (K.M. Cannon/Las Vegas Review-Journal) @KMCannonPhoto

A wrongful death lawsuit filed last week claims Nye County Sheriff's Office Capt. David Boruchowitz turned off his body camera during an interaction with a man in 2021, which ended with the man killing himself.

On Aug. 19, 2021, Jordan Nelson, who was in the midst of a child custody battle, went to his ex-girlfriend and only child's home and fired shots into the house.

Nye County sheriff's deputies responded to Nelson's home with a SWAT team and Nelson fired at deputies, striking a police vehicle, according to the complaint filed in Nye County District Court.



Sheriff Joe McGill said Wednesday night that he could not comment on the lawsuit and said Boruchowitz remains on paid administrative leave.

Boruchowitz acted as the negotiator and spoke with Nelson for about two hours. During their interaction, he allegedly turned off his body camera recorder, taunted Nelson and

CLAIMS BUREAU USA, INC.
PO Box 2936, Woburn, MA 01888 • 800-651-0460

"counseled Jordan to kill himself," according to the lawsuit.

When deputies entered the home, Nelson was found dead from an apparent self-inflicted gunshot wound.

Former Nye County sheriff Sharon Wehrly and Boruchowitz were named as defendants in the lawsuit. Boruchowitz and Wehrly could not be immediately reached for comment.

Nye County spokesman Arnold Knightly said in an email Wednesday night that the county could not comment on pending litigation.

The complaint alleges cruel and unusual punishment and wrongful death.

Boruchowitz was indicted on federal charges of wire fraud, perjury and civil rights violations last week. A Las Vegas Review-Journal investigation last year raised questions about why Boruchowitz was promoted despite a state and FBI investigation into his conduct.

*If you're thinking about suicide, or are worried about a friend or loved one, help is available 24/7 by calling or texting the Lifeline network at 988. Live chat is available at 988lifeline.org.*

Contact David Wilson at dwilson@reviewjournal.com. Follow @davidwilson_RJ on X.

GO View Source

CLAIMS BUREAU USA, INC.
PO Box 2936, Woburn, MA 01888 • 800-651-0460

LAS VEGAS REVIEW-JOURNAL

RJESPAÑOL VIEW E-EDITION SUBSCRIBE SIGN IN



# Nye County Sheriff's captain indicted on federal charges



Nye County Sheriff's Office Capt. David Boruchowitz walks out of the Lloyd George U.S. Courthouse in downtown Las Vegas after appearing in court on Friday, Aug. 18, 2023. Boruchowitz, who has been placed on administrative leave, was



A powerful Nye County sheriff's captain, whose questionable conduct was exposed in a Las Vegas Review-Journal investigation last year, was arrested Friday and later pleaded not guilty to federal charg .......We hope you appreciate our content. Subscribe today to continue reading this story, and all of our stories.

GO View Source

CLAIMS BUREAU USA, INC.
PO Box 2936, Woburn, MA 01888 • 800-651-0460

Pahrump Valley Times
SUBSCRIBE
38°F NEWS SPORTS ENTERTAINMENT OPINION TONOPAH CLASSIFIEDS OBITUARIES VIDEOS EEDITION



# Sheriff: 'Smear campaign' targets Nye County Captain David Boruchowitz



Nye County Sheriff Joe McGill





GO View Source

CLAIMS BUREAU USA, INC.

PO Box 2936, Woburn, MA 01888 • 800-651-0460

FOX 5 KVVU-TV LOCAL. LAS VEGAS. 43° Las Vegas, NV

☰ Video News First Alert Weather First Alert Traffic Crime Las Vegas Super Bowl Politics MORE Watch Live Submit a Tip

# Federal indictment released on Nye County captain facing fraud charges



David Boruchowitz seen exiting a federal courthouse on Aug. 18, 2023. (FOX5)

By Michael Bell

*Published: Aug. 21, 2023 at 12:48 PM EDT*

LAS VEGAS, Nev. (FOX5) - Nye County Sherrif's Office Captain David Boruchowitz is facing numerous counts of wire fraud in connection to a federal indictment on Friday.

Boruchowitz is charged with four counts of wire fraud, deprivation of rights under color of law, and perjury.

**Nye County captain arraigned in federal court in Las Vegas**

The federal indictment alleges that as deputy sheriff with the NCSO, Boruchowitz falsely arrested the former CEO of Valley Electric Association, Angela Evans.

"On or about and during February 2019, Boruchowitz and others known and unknown to the Grand Jury aided and abetted by each other, knowingly made and caused to be made, numerous misrepresentations and omissions of material fact as a part of a scheme to defraud and fraudulently deprive Evans of her job as CEO of VEA and to obtain a position on the VEA Board," the indictment reads.

Boruchowitz alleged that Evans committed crimes and obtained search warrants based on false allegations as part of the scheme and falsely arrested her on Feb. 26, 2019.

A jury trial has been scheduled for Oct. 16.

*Copyright 2023 KVVU. All rights reserved.*

GO

View Source

8NEWSNOW.com Live. Local. Now. SIGN UP 43° LAS VEGAS

News Weather & Traffic Sports Las Vegas Now Community Contests About Us Search

CLAIMS BUREAU USA, INC.
PO Box 2936, Woburn, MA 01888 • 800-651-0460

8 NEWS NOW INVESTIGATORS

# Nevada sheriff's deputy's federal charges surround CEO's false arrest, Facebook videos



SHARE

PAHRUMP, Nev. (KLAS) — A Nye County deputy sheriff faces federal charges connected to an alleged scheme to arrest the former CEO of an electric and broadband company and then post Facebook press releases about the false arrest, according to court documents the 8 News Now Investigators reviewed.

Capt. David Boruchowitz, 42, appeared in federal court Friday on charges of deprivation of rights under the color of law, wire fraud and perjury, prosecutors said. Boruchowitz pleaded not guilty and a judge released him on a personal recognizance bond, records showed.

According to court documents, beginning in February 2019, Boruchowitz and others made "numerous misrepresentations and omissions of material fact as part of a scheme to defraud and fraudulently deprive" former Valley Electric Association CEO Angela Evans of her job.

Boruchowitz allegedly lied to obtain search warrants at the electric company's offices and then "arrested Evans based on the false allegations" that she embezzled, documents said. Boruchowitz then had Evans falsely arrested while "knowing misrepresenting and omitting material facts in the search warrant affidavit" and in a declaration of arrest, prosecutors said.

RELATED CONTENT
Captain indicted on charges from alleged false arrest

The Nye County Sheriff's Office, which posted video press releases on incidents under the prior sheriff, then published four videos about the search, arrest, and finally, the district attorney's decision not to file charges, prosecutors said. Three of the four videos remained published as of Monday.

"The Nye County Sheriff's Office conducts investigations and makes arrests based on probable cause and submits the case to the district attorney for prosecution," a video posted in December 2019 and cited in court documents said. "We operate separately from them. In the case of Angela Evans, she was arrested based on probable cause after a review of the evidence against her."

"According to the indictment, Boruchowitz made false statements and omitted material facts in order to obtain the court documents under false pretenses as part of a broader plan to get the CEO fired from her job at VEA," prosecutors said.

Prosecutors allege Boruchowitz had "personal interests" in a petition to recall Evans from the company's board, documents said. They add Boruchowitz then allegedly perjured himself during a February 2021 interview.

It was unclear Monday how many other people could be involved in the allegations. Documents said members of a federal grand jury, which handed down the indictment, were aware of "others known and unknown" who are part of the federal investigation.

Boruchowitz's public defender did not immediately return a request for comment.

A trial was scheduled to begin Oct. 16

1 2 arrested after running on Super Bowl field: police
2 Usher obtains marriage license before Super Bowl: ...
3 Super Bowl halftime show: Who performed with Usher?
4 Who is sitting with Taylor Swift at the Super Bowl?
5 Teenager, man killed in east Las Vegas valley crash

A trial was scheduled to begin Oct. 10.

GO View Source

KPVM-TV SURVEY ACE Country Radio SURVEY

Southern Nevada Media Services serving 2.9 million people across 855,000 households and growing!

HOME CHANNELS TV GUIDES NEWS SPORTS LOCAL PROGRAMMING ACE COUNTRY PRODUCTION CONTACT

LIVE STREAM (click channel button below) 25.9 - 10 - 103.1 buttons do not stream

25.1 25.2 25.3 25.4 25.5 25.6 25.7 25.8 25.9 25.10 103.1

Today's Top Stories

Read All

## Lawsuit Filed Against Nye County Following Suicide

Posted About One Year Ago

A local couple is suing the Nye County Sheriff's Office. They are claiming that their son took his life during a standoff because Captain David Boruchowitz allegedly taunted their son to do it during the call for service over a year ago. Boruchowitz says they have the entire body cam and phone call audio and video files and that is just not true. Ricky and Mary Nelson say their son Jordan was heavily intoxicated, shot into the home where his ex and his son were at before a standoff with police.




Read All

GO View Source

COPS

Home Top Cops Videos Where to Watch About Us Program Sales

Search

Second Opinion, Sergeant David Boruchowitz, COPS TV Show

Share

CLAIMS BUREAU USA, INC.
PO Box 2936, Woburn, MA 01888 • 800-651-0460






Sergeant David Boruchowitz of the Nye County Sheriff's Office conducts a traffic stop on a quad runner driving on a public roadway. The woman who is holding a chihuahua that has its nails painted pink admits that she doesn't have a license.Through the course of his investigation Sgt. Boruchowitz also discovers the woman has warrants out of another county. When Sgt. Boruchowitz informs her that she is going to have to go to jail, she becomes adamant that she does not want him to search her purse. After a bit of back and forth about if she has drugs in the purse, the woman finally admits she has meth in her purse and a meth pipe in her bra. She is transported to the Nye County jail where she is booked in for the possession of methamphetamine, paraphernalia and her warrants.

| | |
|---|---|
| Name | **David Boruchowitz** |
| Rank | **Operations Sergeant** |
| Agency | **Nye County Sheriff's Office** |
| Hire Date | **02/14/2006** |
| Age | **36** |
| From | **Upstate New York** |
| Why Law Enforcement? | **Growing up I saw local cops and how great they were and desired to follow in their footsteps.** |
| What was your first arrest? | **My first arrest was a DUI. The driver parked his car on the middle of the street and got out and was washing the car with a towel. The arrest was as equally entertaining.** |
| What is the best part about your job? | **The best part of my job is helping people in their time of need. We see people when things are the absolute worst in their lives and try to provide a solution for them.** |
| Hobbies | **Web design<br>Gardening<br>Volunteer with non profit groups<br>Spend time with my family** |
| Favorite Quote | **God has not given us the spirit of fear but of power, and love and of a sound mind.** |

GO View Source

CLAIMS BUREAU USA, INC.

PO Box 2936, Woburn, MA 01888 • 800-651-0460

FOX 5 KVVU-TV LOCAL. LAS VEGAS.

43° Las Vegas, NV

Video News First Alert Weather First Alert Traffic Crime Las Vegas Super Bowl Politics MORE Watch Live Submit a Tip

# Nye County DA declines to prosecute police for allegedly shutting supervisor out of Facebook group




Nye County Sheriff's Office logo (FOX5)

By Elaine Emerson

*Published: Oct. 5, 2022 at 5:58 PM EDT*

LAS VEGAS, Nev. (FOX5) - The Nye County District Attorney's Office said it won't go forward with charges after two police officers were accused of shutting a captain out of a Facebook page.

On Monday, the Nye County Sheriff's Office said that Lt. Adam Tippetts and Sgt. Cory Fowles conspired to commit computer crimes. NCSO said the two were placed on leave pending investigation.

The Nye County DA's office declined to prosecute, saying no crime was committed. According to the DA's office, the complaint alleged that Tippetts and Fowles shut out NCSO Captain David Boruchowitz from a non-work-related Facebook group the three managed.

"These laws are not meant to resolve private disputes among people running a Facebook page," Nye County DA Chris Arabia said in a statement.

NCSO said both Tippetts and Fowles have returned to work after the investigation.

"Although we have taken some criticism in the media for our release our office is one of transparency regarding our officers' conduct," NCSO said in a statement. "In this case, two supervisors were accused of crimes and an investigator determined there was probable cause to submit the case for prosecution."

"After carefully looking at the allegations and relevant laws, and personally reviewing the legislative history of the relevant laws, I can say with complete certainty that the allegations here are clearly not a criminal matter," Arabia said. "The laws at issue are meant to protect against things like serious financial fraud/theft, industrial espionage, and blocking people from computer systems or networks."

DA Arabia's office also said the report alleging the computer crimes was nine pages long.

"I'm also concerned that there were 9 pages of written text summarizing the investigation in the police report referred to us for this matter, but my office has had reports referred to us from NCSO for sexual assault cases that have only 1-2 pages of written text summarizing the investigation."

The DA's office said they were not consulted about whether criminal charges would be appropriate before receiving the referral.

*Copyright 2022 KVVU. All rights reserved.*

CLAIMS BUREAU USA, INC.
PO Box 2936, Woburn, MA 01888 • 800-651-0460

GO View Source

Published 7 months ago • Nye County, United States • Updated 7 months ago

# Controversial Nye County captain placed on administrative leave

Summary by Ground News

Nye County Sheriff's Office Capt. David Boruchowitz has been placed on administrative leave. The move is in anticipation of a federal grand jury investigation into possible misconduct. The Review-Journal raised questions last year about why he was repeatedly promoted. The sheriff said he has not been notified about what charges might be considered.

**1 Articles** All Left Center 1 Right

Pahrump Valley Times — High Factuality — Center

**Controversial Nye County captain placed on administrative leave**

Capt. David Boruchowitz was the focus of Review-Journal investigations last year, and the FBI raided the Nye County Sheriff's Office in August.

7 months ago Read Full Article

GO View Source

**CLAIMS BUREAU USA, INC.**

PO Box 2936, Woburn, MA 01888 • 800-651-0460

LOCAL NEWS

# Nye County sued by sheriff's deputy over handling of 2022 arrest




by: Greg Haas

LAS VEGAS (KLAS) — A Nye County Sheriff's deputy has filed a federal civil rights lawsuit against the county accusing the sheriff's office of interfering with his personal life and targeting his employment.

Joshua Weaver alleges in a lawsuit filed in U.S. District Court Monday that the sheriff's office mishandled an incident last year when he was arrested and held for 12 hours before he was released.

He acknowledges that he violated a temporary protective order (TPO) his wife secured against him during a divorce. But he challenges a jail policy as a contradiction to state law because there was no "direct or indirect threat of harm" involved. Weaver said he should have been released, not held for 12 hours. He went onto the property and looked in a shed and the garage to see if an off-road vehicle had been moved there — it had previously been parked in the driveway, and he had heard reports that his wife was selling his things, according to the lawsuit.

Weaver's wife reported his entrance onto the property three days later after she saw it on video surveillance. He was arrested later that day on April 1, 2022.

| **PREVIOUS STORY: Sheriff's deputy arrested, jailed in Nye County ›**

Weaver alleges that sheriff's office personnel improperly gave his wife "legal advice to be used against him, have inappropriately targeted his employment, and have shared confidential and erroneous information with Weaver's wife regarding the status of his employment and internal affairs investigation that she has attempted to use against him in legal proceedings."

The lawsuit is expected to be amended with the names of individuals and agencies who acted under the county's authority. Claims alleged in the lawsuit include:

- Failure to properly select, train and supervise personnel
- Negligent infliction of emotional distress
- Deprivation of rights under color of law
- Intentional infliction of emotional distress
- Defamation of character
- Negligence

Weaver claims damages of $50,000 associated with each violation.

The lawsuit takes aim at a "hostile work environment" that Weaver blames on Capt. David Boruchowitz. Weaver alleges a lack of training and accountability has resulted in "free reign to commit misconduct."

Weaver is represented by Las Vegas attorney Brent D. Huntley.

CLAIMS BUREAU USA, INC.

PO Box 2936, Woburn, MA 01888 • 800-651-0460

GO View Source

## Pair of Nye County Sherriff's Office supervisors cleared of alleged criminal actions

by News 3 Staff | Tue, October 4th 2022




*The Nye County's Sherriff's Office is investigating a death in Pahrump. (Photo: Nye County's Sherriff's Office)*

NYE COUNTY (KSNV) — **UPDATE (10/5): The** Nye County District Attorney's Office has released an update on the case of two sheriff's office supervisors accused of alleged criminal actions.

The DA's office says they have denied a request from Nye County Sheriff Sharon Wehrly to prosecute NCSO Officers Adam Tippetts and Cory Fowles.

The sheriff's office is accusing the duo of allegedly shutting NCSO Captain David Boruchowitz out of a non-work-related Facebook politics page that the three ran.

"After carefully looking at the allegations and relevant laws, and personally reviewing the legislative history of the relevant laws, I can say with complete certainty that the allegations here are clearly not a criminal matter," Nye County District Attorney Chris Arabia said.

GO View Source



CLAIMS BUREAU USA, INC.
PO Box 2936, Woburn, MA 01888 • 800-651-0460






While driving to a call, Sgt. Boruchowitz sees a four wheel ATV in the roadway. As soon as Boruchowitz lights the suspect up, they are in pursuit which takes them through the desert. After a bumpy ride, the ATV crashes and the Sergeant arrests the injured man. Medical aid arrives and takes the man to the hospital. After the man is released from the hospital, Boruchowitz visits the apologetic man in the jail.

| | |
|---|---|
| Name | **David Boruchowitz** |
| Rank | **Operations Sergeant** |
| Agency | **Nye County Sheriff's Office** |
| Station/Area Command | **Southern Area Command** |
| Age | **36** |
| From | **Upstate New York** |
| Hired | **02/14/2006** |
| Why Law Enforcement | **Growing up I saw local cops and how great they were and desired to follow in their footsteps.** |
| First Arrest | **My first arrest was a DUI. The driver parked his car on the middle of the street and got out and was washing the car with a towel. The arrest was as equally entertaining.** |
| Best part of the job | **The best part of my job is helping people in their time of need. We see people when things are the absolute worst in their lives and try to provide a solution for them.** |
| Hobbies | **Web design**<br>**Gardening**<br>**Volunteer with non profit groups**<br>**Spend time with my family** |
| Favorite Quote | **God has not given us the spirit of fear but of power, and love and of a sound mind.** |

GO

View Source

From Casetext: Smarter Legal Research

# Riggs v. Nye Cnty.

**Case Details**

**CLAIMS BUREAU USA, INC.**

PO Box 2936, Woburn, MA 01888 • 800-651-0460

Download PDF | Check Treatment

Delegate legal research to CoCounsel, your new AI legal assistant.

Try CoCounsel free ›

**Full title:** HOLLY RIGGS, E.R., and J.R., Plaintiffs v. NYE COUNTY, et al., Defendants

**Court:** UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

**Date published:** Mar 21, 2019

Citations Copy Citation

Case No.: 2:17-cv-02627-APG-VCF (D. Nev. Mar. 21, 2019)

## Opinion

Case No.: 2:17-cv-02627-APG-VCF

03-21-2019

HOLLY RIGGS, E.R., and J.R., Plaintiffs v. NYE COUNTY, et al., Defendants

ANDREW P. GORDON UNITED STATES DISTRICT JUDGE

### Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiffs' Motion for Summary Judgment

[ECF Nos. 36, 38]

Plaintiff Holly Riggs was arrested for child neglect after leaving her two minor children, plaintiffs E.R. and J.R., in a splash pool for a few minutes while she went inside her house. She sues Nye County and several Nye County Sheriff's Office employees for various claims under federal and state law. She generally asserts that the defendants lacked probable cause to arrest her, disrupted familial relationships by arresting her while her daughter was in a perilous medical condition, and caused extreme emotional distress. Defendants Nye County, Sheriff Sharon Wehrly, Under Sheriff Brent Moody, Lieutenant Michael Eisenloffel, Sergeant Corey Fowles, and Deputy Richard Deutch move for summary judgment on all claims. The plaintiffs also move for summary judgment on all claims. I grant the defendants' motion and deny the plaintiffs' motion.

### I. BACKGROUND

This lawsuit arises out of an incident in September 2015 at Riggs' home in Pahrump. ECF No. 37-4 at 5-6. Riggs and her two children, E.R. and J.R., went in their backyard to play in a splash pool. *Id.* at 7. At the time, E.R. was 18 months old and J.R. was just about to turn four years old. *Id.* at 8. Riggs went back inside the house for a few minutes to check on a cake she was baking. *Id.* at 7, 8. The children remained by the pool. *Id.* at 7. Riggs went
2 into the *2 master bedroom and looked out the window to check on the children. *Id.* at 8. According to Riggs, she went to this particular window because it gave the best view to where the children were. *Id.*

When Riggs looked out the window, she saw her son holding her daughter in the splash pool. *Id.* E.R.'s arms were limp and her head was rolled back. *Id.* Riggs knocked on the window and J.R. dropped E.R. into the water. *Id.* E.R. was not moving. *Id.* Riggs ran outside and asked her son what happened, and he said he did not know. *Id.* Riggs carried E.R. into the house and called 911. *Id.* at 8-9. While waiting for paramedics to arrive, Riggs pushed on E.R.'s stomach and swept food and vomit out of E.R.'s mouth. *Id.* at 9. E.R. regained consciousness and started breathing just before paramedics arrived. *Id.*

In addition to the paramedics, Nye County Sheriff's Office personnel responded to the emergency call. ECF No. 37-2 at 5. First on the scene were Deputy James Brainard and Sergeant David Boruchowitz. *Id.* As they entered the home, they saw Riggs on the living room floor with her

CLAIMS BUREAU USA, INC.

PO Box 2936, Woburn, MA 01888 • 800-651-0460

daughter. *Id.* at 6. While paramedics were attending to E.R., Boruchowitz spoke to J.R., who told him that Riggs was sleeping while the children were in the pool. *Id.* at 6. Boruchowitz notified Child Protective Services and Brainard notified the detective unit to follow up in case E.R.'s condition worsened. *Id.*

GO

View Source

LIVEPD.ORG HOME SEASONS VIDEOS DEPARTMENTS OFFICERS LOG IN FORUM PROFILE

ACCOUNT PASSWORD RESET

Home › News › Nye County DA Refuses to Prosecute Deputies

News

# Nye County DA Refuses to Prosecute Deputies

October 7, 2022 350 3




The Nye County District Attorney refused to prosecute Lieutenant Adam Tippetts and Sergeant Cory Fowles on conspiracy and computer crimes. Both deputies have been cleared of any crime and were allowed to return to work as of October 6th.

According to the DA's office, the Sheriff's charges alleged that Tippetts and Fowles shut blocked Nye County Captain David Boruchowitz from joining a non-work-related Facebook group the three managed. The allegations that Fowles and Tippetts made about retribution from the Sheriff seem more likely given these details

The District Attorney said they were not consulted about whether criminal charges would be appropriate before receiving the referral. The DA also commented, "I'm also concerned that there were 9 pages of written text summarizing the investigation in the police report referred to us for this matter, but my office has had reports referred to us from NCSO for sexual assault cases that have only 1-2 pages of written text summarizing the investigation."

**CLAIMS BUREAU USA, INC.**

PO Box 2936, Woburn, MA 01888 • 800-651-0460




GO

View Source

REVIEW-JOURNAL

# Ethics questions haunt Nye County captain

Crime · Discrimination · Human Rights

13 Feb 2022 +1 more By Arthur Kane

PAHRUMP — In this Wild West, growing Nevada town, a controversial sheriff 's office captain is the public face of authority — often garnering a higher profile than the sheriff, district attorney or county commissioners.

Nye County Sheriff Capt. David Boruchowitz has put himself front and center at news conferences, high-profile investigations and in social media videos. He's appeared in police reality shows.

But Boruchowitz's history includes conflict of interest allegations, multiple lawsuits and liability claims, a state probe into

Him holding "porn matinees" at the office, and an FBI investigation into whether he had inappropriate relationships with criminals.

Despite wide-ranging accusations that he has abused his power for years, he has escaped serious discipline, which flies in the face of the growing movement for police accountability. He is now paid more than his superiors. And Sheriff Sharon Wehrly, who Boruchowitz as a former union president endorsed during her first run, has repeatedly promoted him since taking office in 2015.

Leslie Peeler, who was commander of the state Department



The Nye County Sheriff 's de
workers and other staff co

GO

View Source

LOCAL NEWS

## Nye County deputy sheriff arrested on wire fraud, perjury, and civil rights violations

CLAIMS BUREAU USA, INC.

PO Box 2936, Woburn, MA 01888 • 800-651-0460




Watch the latest KTNV 13 Action News Las Vegas headlines any time.



By: Jarah Wright

*Posted at 5:01 PM, Aug 18, 2023 and last updated 9:35 PM, Aug 18, 2023*

NYE COUNTY (KTNV) — A deputy sheriff with the Nye County Sheriff's Office has been arrested and accused of federal wire fraud, perjury, and civil rights violations. On Friday, the Justice Department said 42-year-old Captain David Boruchowitz was arraigned on those charges.

According to a federal indictment, Boruchowitz falsely arrested the former CEO of Valley Electric Association, VEA, in Feb. 2019. The indictment alleges the arrest was "part of a larger scheme to defraud the former CEO of her job by falsely alleging in various court documents that the CEO embezzled services from the VEA." The indictment alleges Boruchowitz made false statements and omitted material facts in order to obtain court documents under false pretenses.

The indictment states Boruchowitz also caused press releases to be issued from the Nye County Sheriff's Office that falsely alleged the investigation and arrest of the CEO was the result of a "court-authorized process" when he did so under false and fraudulent pretenses and without probable cause.

Justice Department officials add he perjured himself by falsely testifying during a federal civil trial deposition about his knowledge and level of involvement in the circumstances surrounding the arrest.

If convicted, Boruchowitz could face up to one year in prison on the civil rights charge, five years on the perjury charge, and up to 20 years on the wire fraud charge.

A trial is scheduled to begin on Oct. 16, 2023.

The Nye County Sheriff's Office said Boruchowitz will remain on administrative leave pending an internal investigation.

GO View Source

FINDLAW / CASELAW / UNITED STATES / US 9TH CIR. / DAVID BORUCHOWITZ V. ROBERT BETTINGER

DAVID BORUCHOWITZ v. ROBERT BETTINGER (2016)

CLAIMS BUREAU USA, INC.

PO Box 2936, Woburn, MA 01888 • 800-651-0460

United States Court of Appeals, Ninth Circuit.

DAVID BORUCHOWITZ, Plaintiff - Appellee, v. ROBERT BETTINGER, individually and in his official capacity as Nye County Deputy District Attorney, Defendant - Appellant,

NYE COUNTY and ROBERT BECKETT Defendants. DAVID BORUCHOWITZ, Plaintiff - Appellee, v. ROBERT BECKETT, individually and in his former official capacity as Nye County District Attorney, Defendant - Appellant, And ROBERT BETTINGER, individually and in his official capacity as Nye County Deputy District Attorney and NYE COUNTY, Defendants.

No. 14-16299, No. 14-16350

Decided: June 27, 2016

Before: FARRIS, O'SCANNLAIN, and CHRISTEN, Circuit Judges.

MEMORANDUM*

Defendants Robert Beckett and Robert Bettinger, state prosecutors in Nye County, Nevada, brought an interlocutory appeal challenging the district court's order denying them summary judgment based on an immunity defense on a state law malicious prosecution claim. The district court had supplemental jurisdiction over the state law claim pursuant to 28 U.S.C. § 1367. We have jurisdiction over this interlocutory appeal of the district court's final order denying an immunity defense under state law pursuant to 28 U.S.C. § 1291. See Kohlrautz v. Oilmen Participation Corp., 441 F.3d 827, 830 (9th Cir. 2006). Defendants' appeals are timely under Federal Rules of Appellate Procedure 4(a)(4)(A) and 26(a)(1)(C).

We review de novo the district court's denial of summary judgment based on its ruling that Nevada state law does not extend absolute immunity to prosecutors on common law claims of malicious prosecution. See Tritchler v. Cty. of Lake, 358 F.3d 1150, 1154 (9th Cir. 2004). The Nevada Supreme Court held in Stevens v. McGimsey, 673 P.2d 499 (Nev. 1983) (per curiam) that "prosecutors acting within the scope of their quasi-judicial duties are protected by absolute immunity from claims arising from those acts," except "where a plaintiff alleges that a prosecutor has both an actual conflict of interest and knowledge that the charges filed are baseless." Id. at 500. Two years later, the Nevada Supreme Court reaffirmed its decision that prosecutorial immunity does not shield against a state law claim for malicious prosecution, explaining that the court was "persuaded that prosecutors will not be adversely affected in their discharge of public duties by the application of the qualified immunity where the allegations suggest malicious prosecution." Edgar v. Wagner, 699 P.2d 110, 112 (Nev. 1985) (per curiam).

Defendants argue that the Nevada Supreme Court has implicitly overruled these holdings by adopting the U.S. Supreme Court's absolute immunity doctrine, which they contend does not recognize any such exception to prosecutorial immunity. In support of their argument, Defendants point us to the Nevada Supreme Court's more recent decision in State v. Second Judicial District Court ex rel. County of Washoe, which clarified "the application of absolute quasi-judicial immunity" in Nevada, but took "no position regarding whether prosecutorial or discretionary immunity applie[d]" in that case. 55 P.3d 420, 423 & n.7, 427 (Nev. 2002) (per curiam). The holding in Washoe is not in direct conflict with the rule announced in McGimsey, as it reaffirmed that absolute immunity extends only insofar as a judicial officer is engaged in duties that are integral to the court's decision-making process—which does not include acts that could properly be characterized as malicious prosecution, such as filing baseless charges for personal gain or retribution. See Washoe, 55 P.3d at 426; McGimsey, 673 P.2d at 500.

Neither the Nevada Supreme Court nor this Court has explicitly recognized that McGimsey is no longer good law. Cf. McAnally v. Clark Cty., Nevada, 320 F. App'x 527 (9th Cir. 2009) (recognizing that Nevada state prosecutors enjoy absolute immunity except when performing administrative or investigative functions). Without further guidance from the Nevada Supreme Court, we are bound to follow its prior pronouncements. See Cortez v. Skol, 776 F.3d 1046, 1054 n.8 (9th Cir. 2015); Hemmings v. Tidyman's Inc., 285 F.3d 1174, 1203 (9th Cir. 2002).

We lack jurisdiction to review the district court's order denying Defendant Beckett's motion to decline supplemental jurisdiction or certify the immunity issue to the Nevada Supreme Court. An order denying a motion to dismiss or for alternative relief is not reviewable on interlocutory appeal unless the order is "inextricably intertwined" with or "necessary to ensure meaningful review of" the decision properly before this Court on appeal. Swint v. Chambers, 514 U.S. 35, 51 (1995); Meredith v. Oregon, 321 F.3d 807, 812 (9th Cir. 2003). The order denying the motion to dismiss or for alternative relief is not inextricably intertwined with the order denying summary judgment, as this Court must apply entirely different legal standards to review these two separate decisions. See Cunningham v. Gates, 229 F.3d 1271, 1285 (9th Cir. 2000). Nor is it necessary to review this order to ensure meaningful review of the judgment on appeal, as the district court's decision denying the motion to dismiss or for alternative relief does not implicate "the very power the district court used to issue the ruling" properly before the Court. See Melendres v. Arpaio, 695 F.3d 990, 997 (9th Cir. 2012)

CLAIMS BUREAU USA, INC.
PO Box 2936, Woburn, MA 01888 • 800-651-0460

(quoting Hendricks v. Bank of Am., N.A., 408 F.3d 1127, 1134 (9th Cir. 2005)).

AFFIRMED.

I write separately because, in my view, Stevens v. McGimsey, 673 P.2d 499 (Nev. 1983), is no longer good law in Nevada, and Defendants Bettinger and Beckett are entitled to absolute immunity from Boruchowitz's claims of malicious prosecution and civil conspiracy to commit malicious prosecution.

In State v. Second Judicial District Court ex rel. County of Washoe, the Nevada Supreme Court clarified when Nevada law affords absolute immunity. 55 P.3d 420, 423 (Nev. 2002) ("Because this case involves an important issue of law, we take this opportunity to clarify the application of absolute quasi-judicial immunity.") The court cited Imbler v. Pachtman, 424 U.S. 409 (1976), which established the test for absolute immunity applicable to malicious prosecution claims brought under 42 U.S.C. § 1983. See id. at 427 (recognizing that absolute immunity "leave[s] the genuinely wronged defendant without civil redress against a prosecutor whose malicious or dishonest action deprives him of liberty").

Washoe tracked Imbler's functional approach in which the availability of absolute immunity depends not on an individual's job title but on the function the individual served in the judicial process. Washoe observed that: (1) quasi-judicial immunity has been extended to prosecutors; (2) prosecutors receive quasi-judicial immunity when initiating a prosecution and presenting the state's case; and (3) quasi-judicial immunity applies even against claims of malicious and corrupt action. Washoe, 55 P.3d at 424 & n.17. In my view, Washoe's clarification of Nevada law on absolute immunity cannot be reconciled with the rule in McGimsey, which denies immunity for prosecutors performing their prosecutorial functions if they act maliciously. See McGimsey, 673 P.2d at 500.

The court in Washoe considered whether social workers who performed several different functions in the case were entitled to quasi-judicial immunity. See Washoe, 55 P.3d at 422. The court ultimately declined to extend the doctrine of quasi-judicial immunity to every action taken by a state employee while supervising the care of foster children. See id. at 426–27. In this context, I read the court's statement that petitioners "did not raise below and we take no position regarding whether prosecutorial or discretionary immunity applies to the claims set forth in this case," id. at 423 n.7, only as an indication that the court did not consider whether the social workers' conduct in pursuing a child protection case was entitled to immunity on the ground that it was analogous to a prosecutorial function. The disclaimer did not carve out prosecutorial immunity from the court's clarification of the law, and the court recognized that the absolute quasi-judicial immunity it described "has been extended to prosecutors." Id. at 424.

Understanding Washoe to abrogate McGimsey does not eliminate the tort of malicious prosecution under Nevada law, as the district court feared. Malicious prosecution claims may proceed (subject to qualified immunity) against prosecutors who step outside their prosecutorial role and act in an investigatory or administrative capacity. See Edgar v. Wagner, 101 Nev. 226, 228 (1985) (concluding prosecutor's assistance in preparing affidavit supporting arrest warrant was not a prosecutorial function and reversing dismissal of malicious prosecution claim). Malicious prosecution claims may also be brought against police officers who arrest without probable cause, see, e.g., Krainski v. State, No. 62841, 2015 WL 3494961, at *2 (Nev. May 29, 2015) (unpublished) (affirming grant of summary judgment in favor of police officers defending malicious prosecution claim based on illegal arrest because they had probable cause for the arrest), and against civilians who direct, request, or pressure police to commence criminal proceedings, see Lester v. Buchanen, 112 Nev. 1426, 1429 (1996) (affirming grant of summary judgment in favor of defendant video store because it did not direct, request, or pressure police to commence a criminal proceeding).

Because the district court found there is "no evidence that Defendants stepped outside of their prosecutorial roles," the rule in Imbler and Washoe affords them immunity from suit under Nevada law, even if the charges they brought against Boruchowitz were baseless. For this reason, I would reverse the district court on the issue of quasi-judicial immunity.[1]

GO

View Source

CLAIMS BUREAU USA, INC.
PO Box 2936, Woburn, MA 01888 • 800-651-0460

BJA
Bureau of Justice Assistance
U.S. Department of Justice

About | Subscribe | Contact Us |

Search

About News Topics Programs & Initiatives Funding & Awards Library & Multimedia Events

Home

# Episode 69: BWC Spotlight on Nye County Sheriff's Office

February 28, 2018

**Episode 69: BWC Spotlight on Nye County Sheriff's Office**

0:00 / 20:26

See reuse policy

**Series:** Body-Worn Cameras

Elliot Harkavy, Technology Advisor for the Bureau of Justice Assistance's Body-Worn Camera Technical Assistance Program, interviews Nye County, Nevada, Sheriff's Office's Lieutenant David Boruchowitz to discuss the office's lessons learned from implementing its BWC program. Lt. Boruchowitz discusses topics like community outreach, vendor and storage selections tips, and a rural sheriff's office's experiences.

GO View Source

CLAIMS BUREAU USA, INC.
PO Box 2936, Woburn, MA 01888 • 800-651-0460

THE WALL STREET JOURNAL.
English Edition ▾ | Print Edition | Video | Audio | Latest Headlines | More ▾
Subscribe Sign In
LUNAR NEW YEAR SPECIAL OFFER
Latest World Business U.S. Politics Economy Tech Finance Opinion Arts & Culture Lifestyle Real Estate Personal Finance Health Style Sports

# High Noon in Pahrump, Nev.: Sheriff Arrests the District Attorney

The D.A. Chooses Not to File Charges Against Himself, Investigates His Nemesis

*By Alexandra Berzon*
*Updated July 6, 2010 12:01 am ET*

Share Resize

PAHRUMP, Nev.—Like a scene from a Western movie, the two top lawmen here are settling their scores in public.

GO View Source



Lincoln/Boruchowitz 0797